IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01293-LTB

MIKEAL GLENN STINE,

      Plaintiff,

v.

MR. JOHN OLIVER, Warden ADX,
MR. JULIAN, Associate Warden ADX,
MR. C. PORRO, Unit Manager ADX,
FEDERAL BUREAU OF PRISONS (Agency),
JOHN DOE, "UNKNOWN PERSONS," and
CLAY COOK, Supervising Attorney ADX,

      Defendants.

---

ORDER

---

The matter before the Court is the "Motion to Reconsider Order Dismissing, ECF No. 5, that Plaintiff filed on July 1, 2015. Plaintiff is in the custody of the Federal Bureau of Prisons and currently is incarcerated at ADX in Florence, Colorado. The Court must construe the Motion liberally because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Prior to considering the Motion to Reconsider, the Court will order a response to the Motion from the Warden at the facility where Plaintiff is housed. The Warden is ordered to address Plaintiff's claims that he is being denied documents necessary to comply with the filing restrictions he is subject to pursuant to *Stine v. Lappin*, et al., No. 07-cv-01839-WYD-KLM, ECF No. 344 at 30-32 (D. Colo. Sept. 1, 2009).

Accordingly, it is

ORDERED that the Clerk of the Court initiate service of process on the Warden at ADX Florence for the limited purpose of responding to Plaintiff's Motion to Reconsider, ECF No. 5, in this case.  It is

FURTHER ORDERED that the Warden or an appropriate prison staff member is instructed to respond to the Court within twenty-one days of the date of this Order.  It is

FURTHER ORDERED that if Plaintiff desires he may reply to the Warden's response within twenty-one days of the date the response is filed with the Court.

DATED at Denver, Colorado, this  6th  day of ___July_____, 2015.

BY THE COURT:


__s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court